IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SIMON DAVID HENDRICKSON     PLAINTIFF

V.     CASE NO. 5:16-CV-05057

DETECTIVE JOHN SCHUSTER, Washington
County Sheriff's Office; SHERIFF TIM HELDER     DEFENDANTS

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that, consistent with the Memorandum Opinion and Order filed this date, all federal claims are **DISMISSED WITH PREJUDICE**, and the Court declines to retain jurisdiction over the supplemental state law claim under the Arkansas Civil Rights Act, which is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 2nd day of April, 2018.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE